MEMO ENDORSED

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com 212.422.0202 phone 212.422.0925 fax

Sedgwick LLP

MEMO ENDORSED

*Michael H. Bernstein*
*212-898-4011*
*michael.bernstein@sedgwicklaw.com*

RECEIVED IN CHAMBERS OF NAOMI REICE BUCHWALD
AUG 2 . 2012
UNITED STATES COURT JUDGE

August 28, 2012




*Via Overnight Mail*
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Nancy F., et al. v. Oxford Health Plans, et al.*
Civ. Act. No.: 12-cv-05567 (NRB)
Sedgwick File No.: 03246-000168

MEMO ENDORSED

Dear Judge Buchwald:

This office represents Defendants, Oxford Health Plans and United Behavioral Health, in the above-referenced matter.

We write this letter to request an extension of time to appear and respond to the Complaint in this matter, up to and including September 28, 2012, pursuant to Rule 6(b)(1)(A), FED. R. CIV. P. This additional time is needed because we are awaiting receipt of the relevant documents from our client and we need time to confer with our client once these materials are received.

In accordance with Your Honor's Individual Practices, we respectfully set forth that the original time for Defendants to answer or otherwise respond to the Complaint is August 29, 2012; there have been no prior requests for an extension of time; and plaintiffs' counsel, Scott M. Riemer, consented to this request on August 28, 2012.

So Ordered.
Naomi Reice Buchwald, USDJ
9/4/12

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc: Scott M. Riemer, Esq. (*via email*)
Brian S. King, Esq. (*via email*)

NY/1048932v1