UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY F., individually and on behalf of　　　　　　　12 CV 5567 (NRB)(HP)
MERYL F.,

　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT OXFORD**
　　　　　　　　　　　　　　Plaintiffs,　　　　　　**HEALTH PLANS' DISCLOSURE**
　　　　　　　　　　　　　　　　　　　　　　　　　**OF INTERESTED PARTIES**
　　　　　　-against-　　　　　　　　　　　　　　　**PURSUANT TO RULE 7.1**

OXFORD HEALTH PLANS and UNITED　　　　　　　　　DOCUMENT
BEHAVIORAL HEALTH,　　　　　　　　　　　　　　　ELECTRONICALLY FILED

　　　　　　　　　　　　　　Defendants.
------------------------------------------------------------------X

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Oxford Health Plans, certifies that UnitedHealth Group Incorporated is its corporate parent which is publicly held and owns 10% or more of its stock.

Dated:　　New York, New York
　　　　　September 28, 2012

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL H. BERNSTEIN (MB-0579)
　　　　　　　　　　　　　　　　　　　　　Sedgwick LLP
　　　　　　　　　　　　　　　　　　　　　125 Broad Street, 39th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10004-2400
　　　　　　　　　　　　　　　　　　　　　T: (212) 422-0202
　　　　　　　　　　　　　　　　　　　　　F: (212) 422-0925
　　　　　　　　　　　　　　　　　　　　　michael.bernstein@sedgwicklaw.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants - Oxford Health Plans and United Behavioral Health*

TO:
Scott M. Riemer, Esq. (SR5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
T: (212) 297-0700
F: (212) 297-0730
sriemer@riemerlawfirm.com

NY/1112761v1

Brian S. King, Esq. (#4610)
Brian S. King, Attorney at Law
336 South 300 East, Suite 200
Salt Lake City, UT 84111
T: (801) 532-1739
F: (801) 532-1936
*Pro Hac Vice admission pending*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT OXFORD HEALTH PLANS' DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served *ECF and Regular Mail* on September 28, 2012, upon the following:

>Scott M. Riemer, Esq. (SR5005)
>RIEMER & ASSOCIATES LLC
>60 East 42nd Street, Suite 1750
>New York, New York 10165
>T: (212) 297-0700
>F: (212) 297-0730
>sriemer@riemerlawfirm.com
>
>Brian S. King, Esq. (#4610)
>Brian S. King, Attorney at Law
>336 South 300 East, Suite 200
>Salt Lake City, UT 84111
>T: (801) 532-1739
>F: (801) 532-1936
>*Pro Hac Vice admission pending*
>
>*Attorneys for Plaintiffs*

Dated: New York, New York
       September 28, 2012

/s/
MICHAEL H. BERNSTEIN (MB-0579)