UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY F., individually and on behalf of
MERYL F.,

                            Plaintiffs,

              -against-

OXFORD HEALTH PLANS and UNITED
BEHAVIORAL HEALTH,

                           Defendants.
------------------------------------------------------------------X

12 CV 5567 (NRB)(HP)

**DEFENDANT UNITED BEHAVIORAL HEALTH'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1**

DOCUMENT
<u>ELECTRONICALLY FILED</u>

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, United Behavioral Health, certifies that UnitedHealth Group Incorporated is its corporate parent which is publicly held and owns 10% or more of its stock.

Dated:    New York, New York
              September 28, 2012

                                        Respectfully submitted,

                                          /s/
                                      MICHAEL H. BERNSTEIN (MB-0579)
                                      Sedgwick LLP
                                      125 Broad Street, 39th Floor
                                      New York, New York 10004-2400
                                      T: (212) 422-0202
                                      F: (212) 422-0925
                                      michael.bernstein@sedgwicklaw.com
                                      *Attorneys for Defendants - Oxford Health Plans and United Behavioral Health*

TO:
Scott M. Riemer, Esq. (SR5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
T: (212) 297-0700
F: (212) 297-0730
sriemer@riemerlawfirm.com

NY/1113387v1

Brian S. King, Esq. (#4610)
Brian S. King, Attorney at Law
336 South 300 East, Suite 200
Salt Lake City, UT 84111
T: (801) 532-1739
F: (801) 532-1936
*Pro Hac Vice admission pending*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT UNITED BEHAVIORAL HEALTH'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served *ECF and Regular Mail* on September 28, 2012, upon the following:

Scott M. Riemer, Esq. (SR5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
T: (212) 297-0700
F: (212) 297-0730
sriemer@riemerlawfirm.com

Brian S. King, Esq. (#4610)
Brian S. King, Attorney at Law
336 South 300 East, Suite 200
Salt Lake City, UT 84111
T: (801) 532-1739
F: (801) 532-1936
*Pro Hac Vice admission pending*

*Attorneys for Plaintiffs*

Dated: New York, New York
       September 28, 2012

/s/
MICHAEL H. BERNSTEIN (MB-0579)