10/04/2012 THU 19:25 FAX                                                    ☒002/002
SEP-27-2012 14:01        US ATTORNEY                        212 637 0033   P.02

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALPHA FADIKA, MARIAM FADIKA,

              Plaintiffs,

   -against-

JANET NAPOLITANO, SECRETARY OF U.S.
DEPARTMENT OF HOMELAND SECURITY,

              Defendant.
------------------------------------------------------------x

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2012

STIPULATION AND ORDER

12 Civ. 05333 (NRB)

ECF CASE

      IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       ~~September~~ October 4, 2012

By: _____
MICHAEL L. LEAVITT
Attorney for Plaintiffs
Cohen & Leavitt, P.C.
277 Broadway, Room 400
New York, NY 10007
Telephone No.: (212) 267-2321
Fax No.: (212) 227-7140

Dated: New York, New York
~~September~~ 5, 2012
October

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York
                                          Attorney for Defendant

                    By:     _____
                                    KIRTI VAIDYA REDDY
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, NY 10007
                                    Telephone No.: (212) 637-2751
                                    Fax No.: (212) 637-2786

SO ORDERED:

_____
THE HONORABLE NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE
                           10/10/12