**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NANCY F., individually and on behalf of
MERYL F.,

                                                          12 CV 5567 (NRB) (HP)

                        Plaintiff,                        **ORDER FOR ADMISSION**
                                                          **PRO HAC VICE**

against

OXFORD HEALTH PLANS, and
UNITED BEHAVIORAL HEALTH,

                        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED   10/12/2012

            The motion of Brian S. King for admission to practice Pro Hac Vice in the above

captioned matter is granted.

            Applicant has declared that he is a member in good standing of the bar of the state

of Utah and that his contact information is as follows:

            Applicant's Name: Brian S. King

            Firm Name: Brian S. King, Attorney at Law

            Address: 336 South 300 East, Suite 200

            City/State/Zip: Salt Lake City, UT 84111

            Telephone/Fax: 801-532-1739/801-532-1936

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Plaintiff Nancy F in the above entitled action;

            **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

Dated:  _October 11, 2012_          _____

                                                  United States District/Magistrate Judge