AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| NANCY F., individually and on behalf of MERYL F., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12 Civ. 5567 (NRB) |
| OXFORD HEALTH PLANS, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff.

Date: 11/15/2012

s/
*Attorney's signature*

Sharon H. Lee (SL 2407)
*Printed name and bar number*

Riemer & Associates LLC
60 E. 42nd Street, Suite 1750
New York, NY 10165
*Address*

slee@riemerlawfirm.com
*E-mail address*

(212) 297-0700
*Telephone number*

(212) 297-0730
*FAX number*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 15, 2012, I served a true and complete copy of the foregoing Notice of Appearance by transmitting the same by electronic mail to the following individuals at the e-mail addresses indicated:

Michael H. Bernstein, Esq.
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281
Tel.: (212) 422-0202
Fax: (212) 422-0925
Michael.Bernstein@sedgwicklaw.com

Brian S. King, Esq.
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

I also certify that this document filed through the ECF system will be sent electronically to all registered participants on November 15, 2012.

Dated: New York, New York
       November 15, 2012

    /s/Sharon H. Lee
    Sharon H. Lee (SL 2407)
    RIEMER & ASSOCIATES LLC
    60 East 42nd Street, Suite 1750
    New York, New York 10165
    (212) 297-0700
    slee@riemerlawfirm.com