```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
NANCY F., individually and on
behalf of MERYL F.,

                    Plaintiff,              O R D E R

          - against -                       12 Civ. 5567 (NRB)

OXFORD HEALTH PLANS and UNITED
BEHAVIORAL HEALTH,

                    Defendants.
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/12/2013

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED:   New York, New York
         June 11, 2013

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE